RICK A. YARNALL
CHAPTER 13 TRUSTEE
701 BRIDGER AVE, STE 820
LAS VEGAS, NEVADA  89101
(702) 853-4500

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| IN RE: | ) | CASE #:  14-10916-BTB |
|---|---|---|
|  | ) |  |
| ROBERT VINCENT NARDIZZI | ) | Chapter 13 |
|  | ) |  |
|  | ) | **NOTICE OF UNCLAIMED FUNDS** |
|  | ) |  |
|  | ) |  |

TO:     Clerk, United States Bankruptcy Court

FROM:  Rick A. Yarnall, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be desposited in the registry of the United States Bankruptcy Court.  These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| **Claim#** | **Claimant & Address** | **CAS 106000** | **CAS613300** |
|---|---|---|---|
|  | Robert Vincent Nardizzi<br>3828 RUSSET FALLS STREET<br>LAS VEGAS, NV  89129 |  | $1,685.85 |
|  | Totals |  | $1,685.85 |

Date: 2/24/2017            /s/ Rick A Yarnall_____
                           Rick A. Yarnall,
                           Chapter 13 Bankruptcy Trustee

NOTE:  Claims that are $25.00 or less go into CAS 106000.  Claims that are more than $25.00 go into CAS 613300.  The amount that are to be deposited into the registry can be written on one check.

Reason:  Unable to locate Debtor.